

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

717 MADISON PLACE, N.W.
WASHINGTON, D.C. 20439

JARRETT B. PERLOW
ACTING CLERK OF COURT

CLERK'S OFFICE
202-275-8000

June 16, 2023

**NOTICE OF REVISED CAPTION**

Re: Rideshare Displays, Inc. v. Lyft, Inc., Appeal No. 2023-2033

    The court's official caption has been revised to reflect Lyft, Inc. as the Cross-Appellant.

    Please review the attached caption carefully and promptly advise this court in writing of any improper or inaccurate designations. The revised caption should be used on all future filings with the court. Previously submitted documents do not require correction.

    /s/ Jarrett B. Perlow
    Jarrett B. Perlow
    Acting Clerk of Court

    By: M. Ames, Deputy Clerk

Attachment: Revised Official Caption

## Official Caption

**RIDESHARE DISPLAYS, INC.,**
*Appellant*

v.

**LYFT, INC.,**
*Cross-Appellant*

## Short Caption

Rideshare Displays, Inc. v. Lyft, Inc.