**2023-2033, -2034, -2035, -2036, -2037, -2038, -2039**

UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

**RIDESHARE DISPLAYS, INC.,**
Appellant,
v.
**LYFT, INC.,**
Cross-Appellant.

APPEAL FROM THE UNITED STATES PATENT AND TRADEMARK OFFICE, PATENT TRIAL AND APPEAL BOARD IN NOS. IPR2021-01598, IPR2021-01599, IPR2021-01600, IPR2021-01601, IPR2021-01602.

**NOTICE OF INTERVENTION
BY THE UNITED STATES PATENT AND TRADEMARK OFFICE**

The Under Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office ("Director") respectfully informs the Court that the Director hereby exercises the right under 35 U.S.C. § 143 to intervene in consolidated appeal nos. 23-2033, -2034, -2035, -2036, -2037, -2038, -2039, specifically to defend the Patent Trial and Appeal Board's patent eligibility determinations in IPR2021-01601 and IPR2021-01598, challenged in cross-appeal nos. 23-2038[1] and 23-2039, respectively.

---

[1] While 23-2038 is listed as an appeal on the Court's docket, it is actually a cross-appeal filed by Lyft.

The Director respectfully requests that the undersigned counsel be permitted to enter their appearances on behalf of the Director.

Respectfully submitted,

Dated: January 22, 2024

/s/ *Kakoli Caprihan*
FARHEENA Y. RASHEED
*Acting Solicitor*

AMY J. NELSON
*Senior Counsel for Patent Policy and Litigation*

KAKOLI CAPRIHAN
ROBERT E. MCBRIDE
*Associate Solicitors*
OFFICE OF THE SOLICITOR
U.S. Patent and Trademark Office
Mail Stop 8
P.O. Box 1450
Alexandria, Virginia 22313-1450
Tel: 571-272-9035

*Attorneys for the Director of the
United States Patent and Trademark Office*

## CERTIFICATE OF SERVICE

I hereby certify that on January 22, 2024, I electronically filed the foregoing **NOTICE OF INTERVENTION BY THE UNITED STATES PATENT AND TRADEMARK OFFICE** using the Court's CM/ECF filing system which constitutes service upon all counsel of record pursuant to Fed. R. App. P. 25 (c) and Fed. Cir. R. 25 (e).

*/s/ Kakoli Caprihan*
KAKOLI CAPRIHAN
*Associate Solicitor*
U.S. Patent and Trademark Office
Mail Stop 8
P.O. Box 1450
Alexandria, Virginia 22313-1450
kakoli.caprihan@uspto.gov
Tel: 571-272-9035