# United States Court of Appeals for the Federal Circuit

---

**RIDESHARE DISPLAYS, INC.,**
*Appellant*

**JOHN A. SQUIRES, UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY AND DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE,**
*Intervenor*

**v.**

**LYFT, INC.,**
*Cross-Appellant*

---

2023-2033, 2023-2034, 2023-2035, 2023-2036, 2023-2037, 2023-2038, 2023-2039

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2021-01598, IPR2021-01599, IPR2021-01600, IPR2021-01601, IPR2021-01602.

---

## JUDGMENT

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED-IN-PART AND REVERSED-IN-PART**

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

September 29, 2025
Date